UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/20
```

UNITED GUARDIANSHIP SERVICES, as the Successor Guardian of the Personal Needs and Property of Plaintiff MATILDA VINCENTY,

    Plaintiff,

v.

JOSEPH LURIO, NANCY TENNEY, THE INSTITUTE FOR FAMILY HEALTH (AMSTERDAM CENTER), ST. LUKE'S-ROOSEVELT HOSPITAL CENTER, CONTINUUM HEALTH PARTNERS, INC., and JOHN OR JANE DOE,

    Defendants.

No. 19-CV-7046 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Joseph Lazar of United Guardianship Services ("UGS"), dated January 28, 2020. Mr. Lazar, on behalf of UGS, seeks to "withdraw from the litigation" because Ms. Vincenty is deceased and UGS does not believe that it "would be successful in succeeding in this matter." Accordingly, this action is dismissed without prejudice. The Clerk of Court is directed to terminate all pending motions, close the case, and mail a copy of this Order to UGS.

SO ORDERED.

Dated:    February 3, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge

# United    Services

Mark J. Lazar  
Executive Director

Albert C. Wilshire  
Chairman of the Board

January 28, 2020

Hon. Ronnie Abrams  
United States District Judge  
United States District Court  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:    MATILDA VINCENTY

Dear Justice Abrams:

United Guardianship Services has been unable to secure counsel to represent Ms. Matilda Vincenty in her case against - Joseph Lurio, Nancy Tenney, The Institute For Family Health (Amsterdam Center), St. Luke's-Roosevelt Hospital Center, Continuum Health Partners, Inc., And John Or Jane Doe). Further, Ms Viventy is deceased, and we do not believe that we would be successful in succeeding in this matter. Thus, we are hereby choosing to withdraw from the litigation.

Should you have any questions regarding this matter, please feel free to contact me at (718) 466-2200 X 507

Respectfully yours,

Joseph Lazar  
Chief Financial Office  
LCG Community Services



RECEIVED  
FEB 03 2021  
RONNIE ABRAMS  
U.S. DISTRICT JUDGE  
S.D.N.Y.

5614 16th Avenue · Brooklyn, New York · 11204  
Phone: 718-715-4190 · Fax: 718-715-4195  
www.lcgcs.org    www.ugsny.org